UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH A. GOLDICK, | : | Case No. 3:11-cv-441 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| JACOB J. LEW, | : | |
| | : | |
| Respondent. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 7); (2) DISMISSING THE PETITION (Doc. 1); AND (3) TERMINATING
THIS CASE FROM THE DOCKET.**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Sharon L. Ovington.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court, and, on May 30, 2013 submitted

Report and Recommendations.  (Doc. 7).  Defendant did not file objections.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendations should be and is hereby adopted in its

entirety.  Accordingly:

1.      The Report and Recommendations (Doc. 7) is **ADOPTED**;

2.      The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and
        **DISMISSED**;

3.      The Court certifies that under 28 U.S.C. § 1915(a)(3) any appeal is not taken in good faith and Petitioner is **DENIED** a certificate of appealability under 28 U.S.C. § 2253(c); and

4.      This case is **CLOSED** on the docket of this Court.

**IT IS SO ORDERED**.

Date:    6/28/13

Timothy S. Black
United States District Judge