# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JOSEPH A. GOLDICK,**       **CASE NO. 3:11-cv-441**

    Petitioner,      **Judge Timothy S. Black**
                                      **Magistrate Judge Sharon L. Ovington**

  **-vs-**

**JACOB J. LEW,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**     **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 7) of the United States Magistrate Judge is **ADOPTED**; the Petition (Doc. 1) is **DENIED** and **DISMISSED**; that the Court certifies that under 28 U.S.C. § 1915 (a)(3) any appeal would not be taken in good faith and Petitioner is **DENIED** a certificate of appealability under 28 U.S.C. 2253(c). The case is **CLOSED** on the docket of this Court.

Date: June 28, 2013                                                **JOHN P. HEHMAN, CLERK**
                                                                            By: <u>s/ M. Rogers</u>
                                                                            Deputy Clerk